**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Sandra Lunsford,** | : |
| | : |
| **Plaintiff,** | : Civil Action No.: 3:10-cv-00916 VLB |
| v. | : |
| **Credit One Debt Solutions, Inc.,; and DOES 1-10, inclusive,** | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Sandra Lunsford ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: July 26, 2010**

**Respectfully submitted,**

**PLAINTIFF, Sandra Lunsford**

**/s/ Sergei Lemberg**

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile: (877) 795-3666**
**slemberg@lemberglaw.com**

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on July 26, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By  /s/ Sergei Lemberg

            Sergei Lemberg